## Pittsburgh *v.* Pennsylvania Railroad, Appellant.

Argued September 29, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES and COHEN, JJ.

*John David Rhodes,* with him *Pringle, Bredin & Martin,* for appellant.

*H. Stewart Dunn,* Assistant City Solicitor, with him *J. Frank McKenna, Jr.,* City Solicitor, for appellee.

OPINION PER CURIAM, November 10, 1958:

The judgment is affirmed on the thorough and well considered opinion of Judge NIXON for the court below reported in 14 Pa. D. & C. 2d 499.

Judgment affirmed.